IN THE CIRCUIT COURT FOR ORANGE COUNTY, FLORIDA



PROBATE DIVISION
File No. 2017-CP-003785-O

IN RE: ESTATE OF
WENDY A. STELLATO,

Deceased.
_____/

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

Wendy A. Stellato, a resident of 3424 Cimarron Drive, Orlando, Florida 32829, was found deceased on November 18, 2017 owning assets in Florida, and

Michael D. Stellato has been appointed Personal Representative of this estate and has performed all conditions precedent to the issuance of Letters of Administration.

I, therefore, declare Michael D. Stellato duly qualified under the laws of this state to serve as Personal Representative of the estate of Wendy A. Stellato with full power to administer the estate in accordance with the law; to ask, demand, sue for, record, and receive property of the Decedent; to pay debts of the Decedent to the extent the estate assets permit and the law directs; and to make distribution of the estate in accordance with the law.

ORDERED this ____ day of February, 2018.

_____
Circuit Court Judge

State of Florida, County of Orange
I hereby certify that the above and foregoing is a true and correct copy of the instrument filed in this office and is in full force and effect. Confidential items removed, as necessary, per Fla. R. Admin. 2.240. Witness my hand and official seal this ___ day of Feb. 2018.
Tiffany M. Russell, Clerk of Circuit Court

By _____ Deputy Clerk