AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MICHAEL STELLATO AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WENDY STELLATO,<br>*Plaintiff(s)*<br>v.<br>MEDTRONIC, INC.; MEDTRONIC MINIMED, INC.; MINIMED DISTRIBUTION CORP.; MEDTRONIC USA, INC.; MEDTRONIC, PLC; CONVATEC, INC.; UNOMEDICAL, INC., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MEDTRONIC, INC.
c/o REGISTERED AGENT, CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FLORIDA 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID A. PAUL, ESQ., BRENT R. BIGGER, ESQ., and CHRISTOPHER J. BILECKI, ESQ.
PAUL | KNOPF | BIGGER
840 SOUTH DENNING DRIVE, SUITE 200
WINTER PARK, FLORIDA 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MICHAEL STELLATO AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WENDY STELLATO,<br>*Plaintiff(s)*<br>v.<br>MEDTRONIC, INC.; MEDTRONIC MINIMED, INC.; MINIMED DISTRIBUTION CORP.; MEDTRONIC USA, INC.; MEDTRONIC, PLC; CONVATEC, INC.; UNOMEDICAL, INC., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   MEDTRONIC MINIMED, INC.
c/o REGISTERED AGENT, CORPORATION SERVICE COMPANY
d/b/a CSC - LAWYERS INCORPORATING SERVICE
2710 Gateway Oaks Drive, Suite 150N
Sacramento, California 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID A. PAUL, ESQ., BRENT R. BIGGER, ESQ., and CHRISTOPHER J. BILECKI, ESQ.
PAUL | KNOPF | BIGGER
840 SOUTH DENNING DRIVE, SUITE 200
WINTER PARK, FLORIDA 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MICHAEL STELLATO AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WENDY STELLATO,<br>*Plaintiff(s)*<br>v.<br>MEDTRONIC, INC.; MEDTRONIC MINIMED, INC.; MINIMED DISTRIBUTION CORP.; MEDTRONIC USA, INC.;  MEDTRONIC, PLC; CONVATEC, INC.; UNOMEDICAL, INC., et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MINIMED DISTRIBUTION CORP.
c/o REGISTERED AGENT, CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FLORIDA 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID A. PAUL, ESQ., BRENT R. BIGGER, ESQ., and CHRISTOPHER J. BILECKI, ESQ.
PAUL | KNOPF | BIGGER
840 SOUTH DENNING DRIVE, SUITE 200
WINTER PARK, FLORIDA 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MICHAEL STELLATO AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WENDY STELLATO, <br><br> *Plaintiff(s)* <br> v. <br> MEDTRONIC, INC.; MEDTRONIC MINIMED, INC.; MINIMED DISTRIBUTION CORP.; MEDTRONIC USA, INC.; MEDTRONIC, PLC; CONVATEC, INC.; UNOMEDICAL, INC., et al. <br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MEDTRONIC USA, INC.
c/o REGISTERED AGENT, CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FLORIDA 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID A. PAUL, ESQ., BRENT R. BIGGER, ESQ., and CHRISTOPHER J. BILECKI, ESQ.
PAUL | KNOPF | BIGGER
840 SOUTH DENNING DRIVE, SUITE 200
WINTER PARK, FLORIDA 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MICHAEL STELLATO AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WENDY STELLATO, <br><br> *Plaintiff(s)* <br> v. <br> MEDTRONIC, INC.; MEDTRONIC MINIMED, INC.; MINIMED DISTRIBUTION CORP.; MEDTRONIC USA, INC.;  MEDTRONIC, PLC; CONVATEC, INC.; UNOMEDICAL, INC., et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MEDTRONIC, PLC
c/o REGISTERED AGENT, MEDTRONIC, INC.
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET, TALLAHASSEE, FLORIDA 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID A. PAUL, ESQ., BRENT R. BIGGER, ESQ., and CHRISTOPHER J. BILECKI, ESQ.
PAUL | KNOPF | BIGGER
840 SOUTH DENNING DRIVE, SUITE 200
WINTER PARK, FLORIDA 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MICHAEL STELLATO AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WENDY STELLATO,<br>*Plaintiff(s)*<br>v.<br>MEDTRONIC, INC.; MEDTRONIC MINIMED, INC.; MINIMED DISTRIBUTION CORP.; MEDTRONIC USA, INC.; MEDTRONIC, PLC; CONVATEC, INC.; UNOMEDICAL, INC., et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

CONVATEC, INC.
c/o REGISTERED AGENT, CT CORPORATION SYSTEM
1200 South Plantation Street
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID A. PAUL, ESQ., BRENT R. BIGGER, ESQ., and CHRISTOPHER J. BILECKI, ESQ.
PAUL | KNOPF | BIGGER
840 SOUTH DENNING DRIVE, SUITE 200
WINTER PARK, FLORIDA 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| MICHAEL STELLATO AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WENDY STELLATO, <br> *Plaintiff(s)* <br> v. <br> MEDTRONIC, INC.; MEDTRONIC MINIMED, INC.; MINIMED DISTRIBUTION CORP.; MEDTRONIC USA, INC.; MEDTRONIC, PLC; CONVATEC, INC.; UNOMEDICAL, INC., et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

UNOMEDICAL, INC.
c/o REGISTERED AGENT, CT CORPORATION SYSTEM
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID A. PAUL, ESQ., BRENT R. BIGGER, ESQ., and CHRISTOPHER J. BILECKI, ESQ.
PAUL | KNOPF | BIGGER
840 SOUTH DENNING DRIVE, SUITE 200
WINTER PARK, FLORIDA 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MICHAEL STELLATO AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WENDY STELLATO,<br>*Plaintiff(s)*<br>v.<br>MEDTRONIC, INC.; MEDTRONIC MINIMED, INC.; MINIMED DISTRIBUTION CORP.; MEDTRONIC USA, INC.; MEDTRONIC, PLC; CONVATEC, INC.; UNOMEDICAL, INC., et al.<br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

UNOMEDICAL A/S
c/o Registered Agent, UNOMEDICAL, INC.
c/o CT CORPORATION SYSTEM
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID A. PAUL, ESQ., BRENT R. BIGGER, ESQ., and CHRISTOPHER J. BILECKI, ESQ.
PAUL | KNOPF | BIGGER
840 SOUTH DENNING DRIVE, SUITE 200
WINTER PARK, FLORIDA 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*